**Order entered March 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00068-CV

### IN RE THE COMMITMENT OF ANTHONY HENDERSON

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. CV1770004

## ORDER

Before the Court is the March 27, 2019 request of Deputy Court Reporter Debi Harris for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **April 26, 2019**.

/s/    KEN MOLBERG
        JUSTICE